**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dolores T. Contreras,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>W.L. Gore & Associates, Inc.,<br><br>　　　　Defendant. | No. CV-10-8131-PCT-PGR<br><br><br>ORDER |

In an order (Doc. 5) entered on July 27, 2010, the Court summarily dismissed the plaintiff's complaint without prejudice for failure to state a claim for relief that complied with the Twombly/Iqbal pleading standard; the Court further required the plaintiff the file an amended complaint properly stating a claim for relief no later than August 6, 2010. A review of the record establishes that the plaintiff has failed to date to comply with that order. Therefore,

IT IS ORDERED that the plaintiff shall show cause in writing no later than **August 30, 2010** why the Court should not dismiss this action pursuant to Fed.R.Civ.P. 41(b) due to her failure to obey the Court's order of July 27, 2010.[1]

---

[1] The plaintiff is advised that her failure to timely comply with this order shall result in the dismissal of this action without prejudice.

DATED this 17th day of August, 2010.

_____
Paul G. Rosenblatt
United States District Judge